No. 135. SAM LEE ET AL., APPELLANTS, *v.* HERBERT E. ELLIS. Appeal from the Supreme Court of the Territory of

Oklahoma. December 10, 1906. Dismissed with costs, pursuant to the tenth rule. *Mr. S. H. Harris* for appellants. *Mr. Fred Beall* for appellee.